UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA   :
                           :
                           :   Crim. No. 09-371 (WHW)
                           :
v.                         :
                           :   CONSENT ORDER
                           :
HERIBERTO SANTIAGO JIMINEZ :

This matter having come before the Court on the application of defendant Heriberto Santiago Jiminez, by Lorraine Gauli-Rufo, Assistant Federal Public Defender, for an Order indefinitely staying Mr. Jiminez's surrender date to the Federal Bureau of Prisons, and Jake Elberg, Esq., AUSA, and Pretrial Services having no objection to said suspension,

IT IS on this 20th day of August 2010,

ORDERED that Heriberto Santiago Jiminez's surrender date to the Federal Bureau of Prisons is hereby adjourned until September 23, 2010. All conditions of bail set in this matter to remain in full force and effect.

_____
HONORABLE WILLIAM H. WALLS
United States District Court Judge